**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES EX REL.** | : | Civ. Action No. 6:21-cv-00869- |
| **[*UNDER SEAL*]** | : | GAP-NWH |
| **Plaintiffs,** | : | |
| | : | HON. GREGORY A. PRESNELL |
| **v.** | : | |
| | : | **FILED UNDER SEAL** |
| **[*UNDER SEAL*]** | : | **DO NOT PLACE ON PACER** |
| **Defendants.** | : | **DO NOT PLACE IN PRESS BOX** |

## ORDER

Having considered the Physician Defendants' Submission of Proposed Redactions, filed under seal (Doc. 82), it is **ORDERED** that:

1. The proposed revisions to the case caption are **APPROVED**. The Clerk shall reflect the following caption on the public docket: *United States of America and State of Florida ex rel. Tarik Hasan and Stephanie Million v. Health First, Inc., Palm Bay Hospital, Inc., Viera Hospital, Inc., Health First Medical Group, LLC, Physician Defendant 1, and Physician Defendant 2.*

2. The proposed revisions to the docket text shown in Exhibit 2 (Doc. 82 at 291-304) are **APPROVED**. The Clerk shall revise the public docket accordingly when the remaining docket entries are unsealed.

3. The proposed redacted versions of ECF Nos. 1-2, 1-3, 30-2, 30-3, 31,

32, 35,35-1, 37, 38, 39, 39-1, 41, 42, 43, 44, 45, 46, 51, 52, 54, 55, 56, 58, 59, 60, 60-1, 60-2, 63, 67, 70, 74, 75, 76, 77, and 80 are **APPROVED**. The redacted version of the Amended Complaint filed at ECF No. 80-1 is likewise **APPROVED**. The Clerk shall maintain the unredacted Amended Complaint at ECF No. 30 under seal.

4. Within **seven (7) days of the date of this Order**, the Physician Defendants are **DIRECTED** to provide a flash drive to the Clerk of Court containing standalone PDF versions of each approved redacted filing. Each PDF must be separately labeled with the corresponding docket number. Thereafter, the Clerk shall maintain the unredacted versions under seal and make the approved redacted versions available on the public docket when the remaining entries are unsealed.

5. Consistent with the Court's Order dated July 13, 2026 (Doc. 81), the United States' filings at ECF Nos. 5, 8, 11, 14, 17, 20, 23, 27, 36, and 40 shall remain under seal indefinitely.

6. Before changing the access status of ECF No. 71, or making any material associated with that entry publicly available, the Clerk shall review all materials associated with that entry. No material containing the Physician Defendants' names or other identifying information shall be made publicly available unless that information has been redacted in

accordance with the Court's Order dated July 13, 2026. To the extent any such material contains identifying information that cannot practicably be redacted, the material shall remain under seal or otherwise restricted from public access.

**DONE** and **ORDERED** in Orlando, Florida on August 5, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party